UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Applicant, )<br>)<br>v. )<br>)<br>DETROIT POLICE DEPARTMENT, )<br>)<br>Respondent. )<br>_____) | Case Number: 10-MC-51134<br>Honorable Arthur J. Tarnow<br>Magistrate Judge R. Steven Whalen |

NOTICE OF WITHDRAWAL OF
APPLICATION FOR ORDER TO SHOW CAUSE
FOR CIVIL CONTEMPT PURSUANT TO F.R. CIV. P. 70

The Equal Employment Opportunity Commission hereby gives notice that it is withdrawing its Application for an Order to Show Cause filed to enforce Subpoena DT 10-124 because on or about October 26, 2010, Respondent substantially complied with this subpoena.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

LAURIE YOUNG
Regional Attorney

DEBORAH BARNO (P44525)
Supervisory Trial Attorney

      s/ Nedra Campbell
NEDRA D. CAMPBELL (P58768)
Trial Attorney
DETROIT FIELD OFFICE
Patrick V. McNamara Federal Building
477 Michigan Ave, Room 865
Detroit, Michigan 48226
(313) 226-3410

November 4, 2010          Nedra.Campbell@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I filed the foregoing paper with the Clerk of the Court using the ECF system and served on Respondent's counsel via regular mail to the foregoing:

        June C. Adams, Esq.
        Supervising Assistant Corporate Counsel
        City of Detroit Law Department
        660 Woodward Avenue, Ste. 1650
        Detroit, Michigan 48226

                s/ Nedra Campbell
        NEDRA D. CAMPBELL (P58768)
        Trial Attorney
        DETROIT FIELD OFFICE
        Patrick V. McNamara Federal Building
        477 Michigan Ave, Room 865
        Detroit, Michigan 48226
        (313) 226-3410
        Nedra.Campbell@eeoc.gov